**SEALED**

FILED
May 05, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Breanna Coldewey___
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO.: SA-21-CR- |
| | § | |
| Plaintiff, | § | **INDICTMENT** |
| | § | Ct 1: 21 U.S.C. §§ 846, 841(a)(1) & |
| VS. | § | 841(b)(1)(A) |
| | § | Conspiracy to Possess with Intent |
| TIMOTHY NUNCIO (1), | § | to Distribute Methamphetamine |
| RICHARD CHRISTIAN RIOS (2), | § | |
| | § | Cts 2-3: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A), |
| | § | & 18 U.S.C. § 2 |
| | § | Possession with Intent to Distribute |
| | § | Methamphetamine & Aiding and Abetting |
| | § | |
| | § | Ct 4: 21 U.S.C. §§ 841(a)(1) & (b)(1)(A), |
| | § | Possession with Intent to Distribute |
| | § | Methamphetamine |
| | § | |
| Defendants. | § | |

SA21-CR-00183-FB

THE GRAND JURY CHARGES:

<u>**COUNT ONE**</u>
**[21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)]**

That beginning on or about December 14, 2020, the exact date unknown, and continuing until April 7, 2021, in the Western District of Texas, Defendants,

**TIMOTHY NUNCIO (1), and
RICHARD CHRISTIAN RIOS (2),**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others, to commit the following offenses against the United States: to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & 841(b)(1)(A), and 846.

## COUNT TWO
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(A) & 18 U.S.C. § 2]**

That on or about January 5, 2021, in the Western District of Texas, Defendants,

**TIMOTHY NUNCIO (1), and
RICHARD CHRISTIAN RIOS (2),**

aided and abetted by each other, and others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT THREE
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(A) & 18 U.S.C. § 2]**

That on or about March 31, 2021, in the Western District of Texas, Defendant,

**RICHARD CHRISTIAN RIOS (2),**

aided and abetted by others, did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT FOUR
**[21 U.S.C. §§ 841(a)(1)/(b)(1)(A)]**

That on or about April 7, 2021, in the Western District of Texas, Defendant,

**TIMOTHY NUNCIO (1),**

did knowingly, intentionally, and unlawfully possess with intent to distribute a controlled

substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A).

                                               A TRUE BILL

                                               FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
FOR WILLIAM CALVE
Assistant United States Attorney